IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROGER GODWIN,

    Plaintiff,

v.

JOLINDA WATERMAN, MARY MILLER,
TIM HAINES, LORI ALSUM, K. LUND,
B. EDGE, DAVID BURNET and
GARETT REYNOLDS,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-349-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case under Fed. R. Civ. P. 41(b).

By: _____, Deputy Clerk      7-2-2013
    Peter Oppeneer, Clerk of Court                    Date